# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Can't You See |
| Line 3 | Writer(s) | Toy Talmadge Caldwell |
| Line 4 | Publisher Plaintiff(s) | Spirit One Music, A Division of Spirit Music Group Inc. |
| Line 5 | Date(s) of Registration | 3/29/73 1/15/76 |
| Line 6 | Registration No(s). | Eu 396045 Ep 347698 |
| Line 7 | Date(s) of Infringement | 2/19/05 |
| Line 8 | Place of Infringement | Okie's Bar & Grille |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Dreams |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music |
| Line 5 | Date(s) of Registration | 4/1/77 8/22/77 |
| Line 6 | Registration No(s). | Eu 772675 Ep 373129 |
| Line 7 | Date(s) of Infringement | 2/19/05 |
| Line 8 | Place of Infringement | Okie's Bar & Grille |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Every Breath You Take a/k/a I'll Be Missing You a/k/a Missing You |
| Line 3 | Writer(s) | Gordon Sumners a/k/a Sting |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 6/23/83 |
| Line 6 | Registration No(s). | PA 201-652 |
| Line 7 | Date(s) of Infringement | 3/10/05 |
| Line 8 | Place of Infringement | Okie's Bar & Grille |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Jumpin' Jack Flash |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 5/16/68 7/6/70 |
| Line 6 | Registration No(s). | Eu 53487 Ep 274909 |
| Line 7 | Date(s) of Infringement | 2/20/05 |
| Line 8 | Place of Infringement | Okie's Bar & Grille |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Long Train Runnin' |
| Line 3 | Writer(s) | Tom Johnston |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 5/14/73 |
| Line 6 | Registration No(s). | Ep 311574 |
| Line 7 | Date(s) of Infringement | 2/20/05 |
| Line 8 | Place of Infringement | Okie's Bar & Grille |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Mustang Sally |
| Line 3 | Writer(s) | Bonny Rice |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Springtime Music, Inc. |
| Line 5 | Date(s) of Registration | 4/27/93 3/22/65 |
| Line 6 | Registration No(s). | RE 627-422 Eu 873659 |
| Line 7 | Date(s) of Infringement | 2/19/05 |
| Line 8 | Place of Infringement | Okie's Bar & Grille |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Dream On |
| Line 3 | Writer(s) | Steve Tallarico |
| Line 4 | Publisher Plaintiff(s) | Mosaic Music Publishing LLC d/b/a Mosaic Music |
| Line 5 | Date(s) of Registration | 1/2/01 1/22/73 |
| Line 6 | Registration No(s). | RE 844-286 Eu 381003 |
| Line 7 | Date(s) of Infringement | 2/19/05 |
| Line 8 | Place of Infringement | Okie's Bar & Grille |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Hit 'Em Up Style a/k/a (Oops) Hit 'Em Style |
| Line 3 | Writer(s) | Dallas Austin |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Darp Music, Inc. d/b/a Cyptron Music |
| Line 5 | Date(s) of Registration | 12/26/01 |
| Line 6 | Registration No(s). | PA 1-069-842 |
| Line 7 | Date(s) of Infringement | 3/10/05 |
| Line 8 | Place of Infringement | Okie's Bar & Grille |

---