Schedule 7.1

| | |
|---|---|
| Abkco Music, Inc. | Abkco Music & Records Inc. |
| EMI Blackwood Music Inc. | Screen Gems-EMI Music Inc. |
| Spirit One Music | Son Of Spirit, Inc. & Atilee Finance, Ltd. |