# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

BROADCAST MUSIC, INC.; SPIRIT ONE MUSIC, a division of SPIRIT MUSIC GROUP INC.; STEPHANIE NICKS d/b/a WELSH WITCH MUSIC; EMI BLACKWOOD MUSIC INC.; ABKCO MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP. FOURTEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC, INC.; MOSAIC MUSIC PUBLISHING LLC d/b/a MOSAIC MUSIC; DARP MUSIC, INC. d/b/a CYPTRON MUSIC,
Plaintiffs

RECEIVED
OCT 31 2005
Property of U.S. District Court
District of Rhode Island

VS.

CIVIL ACTION NO.: 05 391-T

NRI VENTURES, INC. d/b/a OKIE'S BAR & GRILLE and MICHAEL P. O'CONNOR, Individually,
Defendants

**STIPULATION**

That the Defendants, NRI Ventures, Inc. d/b/a Okie's Bar & Grille and Michael P. O'Connor, individually shall have up to and including, November 16, 2005 to answer or otherwise plead to the Complaint.

Elliot A. Salter, Esq., RI Bar #0094
Attorney for Plaintiffs
SALTER & MICHAELSON
321 South Main Street
The Heritage Building
Providence, RI 02903-7128
Tel. No. (401) 421-3141
Fax No. (401) 861-1953

Dated: October 28, 2005

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 11/1/05

Herbert F. DeSimone, Jr., RI Bar #2657
Attorney for Defendants
DeSIMONE & LEACH
One Turks Head Place, Suite 1010
Providence, RI 02903
Tel. No. (401) 421-8200
Fax No. (401) 421-0677

Date: October 25, 2005