# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; SPIRIT ONE MUSIC, a division of SPIRIT MUSIC GROUP INC.; STEPHANIE NICKS d/b/a WELSH WITCH MUSIC; EMI BLACKWOOD MUSIC INC.; ABKCO MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP. FOURTEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC, INC.; MOSAIC MUSIC PUBLISHING LLC d/b/a MOSAIC MUSIC; DARP MUSIC, INC. d/b/a CYPTRON MUSIC, Plaintiffs | : | |
| VS. | : | CIVIL ACTION NO.: 05 391-T |
| NRI VENTURES, INC. d/b/a OKIE'S BAR & GRILLE and MICHAEL P. O'CONNOR, Individually, Defendants | : | **ANSWER OF DEFENDANTS** |

1. Neither admitted nor denied, the Defendants being without sufficient information to form a belief as to the truth of the allegations.

2. Neither admitted nor denied, the Defendants being without sufficient information to form a belief as to the truth of the allegations.

3. Neither admitted nor denied, the Defendants being without sufficient information to form a belief as to the truth of the allegations.

4. Neither admitted nor denied, the Defendants being without sufficient information to form a belief as to the truth of the allegations.

5. Defendants admit that NRI Ventures, is a corporation organized and existing under the laws of the State of Rhode Island and that it operates Okie's Bar & Grille, but neither admit nor deny the remaining allegations.

6. Defendants admit that Michael O'Connor is an officer of NRI Ventures, Inc. but deny the remaining allegations.

7. Neither admitted nor denied, the Defendants being without sufficient information to form a belief as to the truth of the allegations.

8. Defendants incorporate their answer to Paragraphs 1 though 7.

9. Denied.

10. Denied.

11. Neither admitted nor denied, the Defendants being without sufficient information to form a belief as to the truth of the allegations.

12. Neither admitted nor denied, the Defendants being without sufficient information to form a belief as to the truth of the allegations.

13. Neither admitted nor denied, the Defendants being without sufficient information to form a belief as to the truth of the allegations.

14. Denied.

15. Denied.

16. Denied.

WHEREFORE, Defendants request that the Court dismiss Plaintiff's Complaint and enter Judgment for them, and that they be awarded their costs and reasonable attorneys' fees.

Defendants
NRI VENTURES, INC. d/b/a OKIE'S
BAR & GRILLE and MICHEL P.
O'CONNOR, Individually
By their Attorneys,

Herbert F. DeSimone, Jr.

Herbert F. DeSimone, Jr., RI Bar #2657
Attorney for Defendants
DeSIMONE & LEACH
One Turks Head Place, Suite 1010
Providence, RI 02903
Tel. No. (401) 421-8200
Fax No. (401) 421-0677

**CERTIFICATION**

I hereby certify that on November 15, 2005, I mailed a true copy of the within Answer, postage prepaid, to Elliot A. Salter, Esq., Salter & Michaelson, 321 South Main Street, The Heritage Building, Providence, RI 02903-7128.

Mary L Shaw