UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et al,<br><br>Plaintiffs,<br><br>NRI VENTURES, INC., d/b/a/ OKIE'S BAR & GRILLE and MICHAEL P. O'CONNOR, Individually,<br>Defendants. | : | CA 05 391 T |

## STIPULATION OF DISMISSAL

The undersigned attorneys for the respective parties do hereby stipulate that the within action be dismissed, each party to pay their costs.

Dated: 12/15/06, 2006

BROADCAST MUSIC, INC. for itself and its co-Plaintiffs

By: Elliot A. Salter

Elliot A. Salter, RI Bar #0094
Salter & Michaelson
The Heritage Building
321 South Main Street
Providence, RI 02903-7128
ATTORNEY FOR PLAINTIFFS

Dated: September 09, 2006

NRI VENTURES, INC.,
d/b/a/ OKIE'S BAR & GRILLE
and MICHAEL P. O'CONNOR, Individually

By: Herbert F. DeSimone, Jr.

Herbert F. DeSimone, Jr., RI Bar #1657
DeSimone & Leach
One Turks Head Place, Suite 1010
Providence, RI 02903
ATTORNEY FOR DEFENDANTS